Ronald C Hurley
Victim of Motor
Vehicle Accident
Correspondant
444 Harrison Avenue
Boston Mass 02118

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

RONALD C HURLEY
    PLAINTIFF

-VS-

HERTZ, THRIFTY,                    CIVIL ACTION NO. #
DOLLAR AND
MRS. FELICIA
HOUSTON CITY
OF BOSTON B.P.D

About 4:10 PM on August 5th 2018 an Boston Police officer while on patrol in the B451f officer Kevin Sulivan observed a adult male in the crosswalk on Treamont Street and Parker Street begin to stumble accross the street. The wrote in the incident report that the victim appeared to be under the influence of alhozic. When he was struck by the defendant Plicia Houston. On 8-5-2018

was driving through the intersection of Parker Street and Treatmont Street. When she struck the victim Ronald-Christopher Hurley with her vehicel a 2016 Nissan passanger vehiciel VIN number 068AT2-75GW147020. VIN vaildation of tag number SMNG54 tag month April expire 2020 and defendant Ms. Felicia Houston pulled over and begin to explian to Boston Police Department. Officer K. Sullivan that she did not see the victim until the last minute. Officer K. Sullivan badge number #B451F began to explain to his supervisor a SST James Foley that when he was approaching the intersection of Parker Street and Treatmont Street that he assumed the victim Mr. Ronald Christopher Hurley was stumbleing across the intersection that he

HE ASSUMED MR. HURLEY WAS UNDER INFLUENCE OF ALCOHOL BOSTON EMERGENCY MEDICAL SERVICES WERE ON THE SINCE AND OFFICER SULIVAN STATED IN HIS REPORT THAT MR HURLEY WAS UNDER THE INFLUENCE OF ALCOHOL BUT HE DID GIVE MR HURLEY A BREATHALYZER TO CONFIRM HIS SUPESIONS NOR WAS MR. HURLEY PLACED UNDER ARREST FOR PUBLIC INTOCATION. MR. HURLEY WAS FALSLY ACCUSED OF BEING INTOXATED. NO CHARGES WERE BROUGHT UP AGAINST MR HURLEY FOR BEING DROWN IN PUBLIC. IF MR. ROWALD CHRISTOPHER HURLEY WAS GIVEN A BREATHAYLYZER OR A SOBERITY TEST HE WOULD HAVE BEEN ABLE TO PROVE THAT THE OFFICER BADGE NUMBER # B45 F WAS LYING AND MAKING FALSE ACCUSATIONS AGAINST THE VICTIM BECAUSE HE WAS HOMELESS THE OFFICER IN QUESTION

lied in his inciredent report so the defendant Ms Felica Houston a hard working person could remain out of jail so she could support her family and the owner of said motor vehicle the Hertc Thrifty and Dollar Rent A Car companies would not have to compsat Mr. Ronald Chrisjopher Hurley for the injuries that he sustained from the imtact of said motor vehicle. The officer K Sullivan and supervisor Sgt James Foley never offered Mr Hurley any of these test nor was Ms. Hurley ever placed under arrest for public intoxajacation that would have been the first thing that should have happend if Mr Hurley was drunken in public but since that did not take place one can

only assume that police officers on the Boston police force tend to make false assasutions abainst the homeless in the Boston area. and the owner of the Nissan passenger vehicle should not have rented said vehicle to a lady who cannot keep her eyes on the ROAD and not hit innocents people that are to busy texting thier friends then to pay attention to other cars and pedestrian who had the green light cross walk sigle to proceed to walk accross the street. And Hertz Thrifty Dollar Insurance Company Westchester Fire Hertz address is 26531 Northwestern Hwy Southfiled Mighan 46063 Eason insurance company tel phone number # 754-940-9512 incesor #1M01M01056 9685 Email

SUSAN PALACDSATES;S.COM.

REQUESTED RELIEF SOUSTH
I WANT 2.5 MILLION DOLLARS
IN CASH FROM THE CITY
OF BOSTON POLICE DEPART-
MENT. I ALSO WANT 60
THOUSAND DOLLARS IN CASH
FROM POLICE OFFICER K.
SULIVAN BADGE NUMBER
B4517 FOR LYING IN HIS
INCIDENT REPORT ABOUT
WEATHER I WAS UNDER
THE INFLUENCE OF ACHOSIC
AND WANT $250,000.00
THOUSAND DOLLARS IN CASH
AND JOB FOR FALSELY
ACCUSED AND A PRESIDENT OF
BEING UNDER THE INFLUENCE
OF ACHOLIC. BY HIS OFFICER
AND HIS SUPERIOR I ALSO
WANT @ SIXTY FIVE MILLION
DOLLARS FROM HERTZ THRIFT
DOLLAR IN A CERTIFIED
CASHIER CHECK MADE OUT TO
MR RONALD CHRISTOPHER
HURLEY AND SEVENTY FIVE
MILLION DOLLARS IN A CERTIFY

CASHIER CHECK FROM WESTCHESTER FIRE. I ALSO WANT A BRAND NEW FIVE BEDROOM THREE BATHROOMS A KITCHEN A MASTER'S BEDROOM A THREE CAR GRAGE AND A 2024 LAMBERIGINO COONTASE. AND A 2024 DODGE RAM 3500. DUALLY

THIS IS WHAT I WANT THE JUDGE OF THE U.S. DISTRICT COURT TO ORDER THE DEFENDANTS TO DO PLUS I WANT A FEDERAL COURT ORDER THAT STATES THAT CITY OF BOSTON AND MAYOR MARTIN WALSH TO TURN OVER THE TRAFFIC CAMRA VEDIO OF AUGUST 5TH AT 4:19 PM OVER TO ME. AT 444 HARRISION AVENUE IN BOSTON MASS 02118 AS SOON AS POSSIBLE. SO I CAN BEGIN TO PROSACUTE MY CASE AGINST ALL NAMED DEFENDANTS.
     YOUR'S TRULY MR. RONALD C HURD
DATED 12-01-2018 AT 9:10 PM