UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                               )
RONALD HURLEY,                 )
            Plaintiff,         )
                               )        CIVIL ACTION
        v.                     )        NO. 18-12545-WGY
                               )
HERTZ, et al.                  )
            Defendants.        )
                               )
_____

YOUNG, D.J.                                          April 10, 2019

**ORDER**

Plaintiff Ronald Hurley filed a <u>pro</u> <u>se</u> complaint without payment
of the filing fee.  <u>See</u> Docket No. 1.  By Procedural Order dated
March 12, 2019, he was granted additional time either to pay the
filing fee or file a fee-waiver application.  <u>See</u> Docket No. 4.  At
that time, the clerk mailed Hurley a copy of the Procedural Order
with a blank fee-waiver form.  <u>Id.</u>

On April 2, 2019, the envelope containing the Procedural Order
and fee-waiver form was returned to the court as undeliverable.  <u>See</u>
Docket No. 5.  Apparently, Hurley is no longer at the address he
provided the court.  He failed to inform the Court of his new address
as required under this Court's local rules.  <u>See</u> District of
Massachusetts Local Rule 83.5.5(h) (requiring <u>pro</u> <u>se</u> litigants to
inform the clerk of any change of address within 14 days of the
change).

The Supreme Court has recognized that district courts have
inherent power to dismiss cases for failure to prosecute.  <u>See</u> <u>Link</u>

<u>v. Wabash R.R. Co.</u>, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.").

The fact that Hurley has not kept the Court advised of his current address suggests that he may have decided not to press his claim. The Court is not required to delay disposition in this case until such time as plaintiff decides to comply with the requirement of providing his current address.

Accordingly, the Court hereby ORDERS:

1.   This action is DISMISSED without prejudice.

2.   The clerk shall enter a separate order of dismissal.

**SO ORDERED.**

<u>/s/ William G. Young</u>
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE